865 A.2d 563

**Wesley Eugene BAKER**

v.

**STATE of Maryland.**

**Misc. No. 7, Sept. Term, 2004.**

Court of Appeals of Maryland.

Jan. 11, 2005.

## ORDER

Upon consideration of the application for leave to appeal and the response in opposition to the application for leave to appeal, it is this 11th day of January, 2005,

ORDERED, by the Court of Appeals of Maryland, that the application be, and it is hereby, DENIED.

Chief Judge BELL and Judge GREENE would grant the application.